UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROSE L. GLYNNE, MD, | ) | **JUDGMENT** |
|     Plaintiff | ) | |
| | ) | No. 5:08-CV-602-2H |
| v. | ) | |
| | ) | |
| WILSON MEDICAL CENTER, | ) | |
|     Defendant | | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge.**

**IT IS ORDERED, ADJUDGED AND DECREED this matter is dismissed without prejudice. Plaintiff shall have and recover nothing of the defendant and this case is closed.**

This Judgment Filed and Entered on March 1, 2011 with service on:

Charles William Hinnant (via cm/ecf Notice of Electronic Filing)
Elizabeth Blair McKinney (via cm/ecf Notice of Electronic Filing)
Jason R. Morgan, Jr. (Via cm/ecf Notice of Electronic Filing)
John E. Pueschel (via cm/ecf Notice of Electronic Filing)
Lucretia D. Guia (via cm/ecf Notice of Electronic Filing)

Date: March 1, 2011

                                        DENNIS P. IAVARONE, CLERK
                                        /s/ Delsia Heath
                                        (By): Delsia Heath, Deputy Clerk