UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROSE L. GLYNNE, MD, | ) | **AMENDED JUDGMENT** |
| Plaintiff | ) | |
| | ) | No. 5:08-CV-602-2H |
| v. | ) | |
| | ) | |
| WILSON MEDICAL CENTER, | ) | |
| Defendant | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED the court declines to exercise supplemental jurisdiction over the remaining state law claims. Therefore, this matter is dismissed without prejudice to allow the plaintiff the opportunity to refile her state-law claims in the Superior Court of North Carolina, within 60 days, if desired.**

This Judgment Filed and Entered NUNC PRO TUNC March 1, 2011 with service on:

Charles W. Hinnant (via cm/ecf Notice of Electronic Filing)
Elizabeth B. McKinney (via cm/ecf Notice of Electronic Filing)
James R. Morgan, Jr. (via cm/ecf Notice of Electronic Filing)
John E. Pueschel (via cm/ecf Notice of Electronic Filing)
Lucretia D. Guia (via cm/ecf Notice of Electronic Filing)
J. Donald Cowan, Jr. (via cm/ecf Notice of Electronic Filing)
Thomas M. Buckley (via cm/ecf Notice of Electronic Filing)

Date: August 4, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk